UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                            Case No. 19-CR-150

ADAM K. FEVOLD,

      Defendant.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT

---

The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Timothy W. Funnell, and being satisfied that the terms and provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), have been satisfied,

IT IS ORDERED, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), that the United States of America has clear title to the Romarm/Cugir, model WASR-10, 7.62-millimeter rifle, bearing serial number A1-24110-14, and may dispose of the property according to law:

Dated at Green Bay, Wisconsin, this 7th day of February, 2020.

                                                     s/ William C. Griesbach
                                                   WILLIAM C. GRIESBACH, District Judge
                                                   United States District Court